ROBERTS ASSOCIATES, INC., Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Defendant appeals from a judgment in favor of the plaintiff, entered on the verdict of a jury, in an action for broker's commissions on the sale of real property. Judgment unanimously affirmed, with costs. The case involved only questions of fact. The verdict is amply supported by the evidence (*Travis* v. *Bowron*, 138 App. Div. 554; *L'Ecluse* v. *Field*, 154 id. 685), and is consistent with the law of the case as charged by the court with the acquiescence of the parties. (*Commercial Casualty Ins. Co.* v. *Roman*, 269 N. Y. 451, 457, 458.) Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

MARGARET RUSSELL and J. WARREN RUSSELL, Appellants, v. WALTER R. HOLMES and DALTON LEWIS, Respondents.— In an action by plaintiff-wife to recover damages for personal injuries and by her husband for medical expenses and property damage following a collision between plaintiffs' and defendants' automobiles, judgment of the County Court of Westchester county for defendants, and order, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JOHN J. RYER and MARIAN RYER, Respondents, v. SHEROAK REALTY CO., INC., Appellant.— Action by plaintiffs to recover damages resulting from personal injuries sustained by the plaintiff wife, Marian Ryer, who struck her head against an overhanging beam in a passageway in the basement of defendant's apartment house. Judgment of the City Court of Mount Vernon in favor of plaintiffs, and order denying defendant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

TEWEL SCHIFFMAN, Also Known as THEODORE SCHIFFMAN, Respondent, v. LOUIS ORANSKY, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff when he fell upon icy steps of an apartment building, which steps led from the building to the sidewalk, judgment in favor of plaintiff against defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JOHN SEIDLER and MARY MARGARET SEIDLER, Respondents, v. JOHN T. JACKSON and Others, Defendants; EMORY C. JACKSON and MARY ANN JACKSON, His Wife, Appellants.— Action to determine the title to property under the provisions of section 500 of the Real Property Law. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

MISHA SPIEGEL, Respondent, v. LOUIS TOWBIN & SON, INC., Appellant.— Action for breach of oral contracts of employment and for damages resulting from a claimed wrongful discharge. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

UNITED LIEN CORPORATION, Respondent, v. BERTHA SOMMER and LOUISE SOMMER, Appellants, and Others, Defendants.— Action for the foreclosure of a tax lien based on assessments in relation to the construction of certain sewers. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.